Joshua M. Bonnici, Esq. [SBN 281560]
**BONNICI LAW GROUP, APC**
1620 Fifth Avenue, Suite 625
San Diego, California 92101
Tel:        (619) 259-5199
Fax:       (619) 870-0181
Email:    josh@bonnicilawgroup.com

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA SCHLESINGER, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; a Corporation<br><br>Defendant. | Case No. **'18CV0354 W    MDD**<br><br>**COMPLAINT FOR DISABILITY BENEFITS UNDER E.R.I.S.A.**<br><br>29 U.S. Code Section 1132(a)(1)(B) |

**Plaintiff REBECCA SCHLESINGER alleges as follows:**

1. At all times relevant herein, Plaintiff, REBECCA SCHLESINGER, was an individual residing in San Diego, California.

2. Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY is a corporation licensed to do business in the State of California, with a principle place of business in the state of Indiana, located at: 1300 South Clinton Street, Fort Wayne, IN 46802.

3. The Policy and the claim at issue in this action are governed by the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S. Code Section 1001, et. seq.

4. Jurisdiction is proper pursuant to federal question under 28 U.S.C. 1331.

5. Venue is proper pursuant to 28 U.S.C 1391, in that a substantial portion of the claim arouse out of the Southern District of California.

6. Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY sponsored a long-term disability policy ("The Policy") which was provided to Plaintiff REBECCA SCHLESINGER.

7. On or about March of 2013, Plaintiff became employed by Defendant.

8. At some time during her employment with Defendant, Plaintiff became disabled within the definition of The Policy, and soon thereafter, and in a timely fashion, made a claim for benefits under The Policy.

9. Plaintiff's claim for ongoing long-term disability benefits was denied. Plaintiff elected to file a secondary administrative appeal with Defendant, which was again denied. Plaintiff remains disabled as defined by The Policy to this date, and continues to be eligible for long-term disability under The Policy.

10. Plaintiff made two timely administrative appeals of the original denial. The administrative appeals were denied in a first letter dated May 23, 2017, and a second on or about February 5, 2018, thereby exhausting The Policy's administrative appeal process.

**WHEREFORE**, Plaintiff prays for a judgment from the Court as follows:

1. Declaring that Plaintiff is covered for past and ongoing long-term disability benefits under The Policy;

2. For past-due benefits through the date of filing, and additional benefits accumulating at the same monthly rate;

3. For interest on the past-due benefits;

4. For reasonable attorney's fees;

5. For costs of suit herein; and

6. For such other relief as the Court deems proper.

DATED: February 13, 2018     **BONNICI LAW GROUP, APC**

By:  */s/ Joshua M. Bonnici*
Joshua M. Bonnici
Attorney for Plaintiff
REBECCA SCHLESINGER